## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Roanne Mann   **DATE:** 3/1/12

**DOCKET NUMBER:** 11 m 1161   **LOG #:** 11:34 - 11:41

**DEFENDANT'S NAME:** Antonio Ynoa
  ✓ Present   ___ Not Present   ___ Custody   ✓ Bail

**DEFENSE COUNSEL:** Kannan Gundaram
  ✓ Federal Defender   ___ CJA   ___ Retained

**A.U.S.A:** Nadia Shihata   **DEPUTY CLERK:** G Nguyen

**INTERPRETER:** _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to ___

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type ___   Start 3/2/12   Stop 4/27/12.

___ Order of Speedy Trial entered.   Code Type ___   Start ___   Stop ___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for ___ @ ___ before Judge ___

**OTHERS:** _____